IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00356-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TROY MALKIN,

    Defendant.

## ORDER

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this 22nd day of February, 2007.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL
                UNITED STATES DISTRICT JUDGE